# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

MICHAEL ANTONIO JORDON
    Petitioner,

v.

UNITED STATES OF AMERICA     CASE NUMBER: C08-5462RBL
    Respondent.                                  CR05-5823RBL

[ √ ]   **Decision by Court.**  This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion pursuant to 28 § 2255 is DENIED.

The Court declines to issue a certificate of appealability because the defendant has failed to make " a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2).

*DATED : January 5, 2009*

                                                BRUCE RIFKIN
                                      *Clerk*

                                        /s/ Jean Boring
                                   *(By) Deputy Clerk*, Jean Boring