HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ANTONIO JORDAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. C08-05462RBL<br>　　　　　CR05-5823RBL<br><br>ORDER |

　　THIS MATTER comes on before the above-entitled Court sua sponte. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

　　The Order denying defendant's motion pursuant to 28 U.S.C. §2255 entered January 1, 2009 is hereby **AMENDED** as follows:

　　The sentence at page 7, line 9 is changed to read: "Raymond Robinson, an African-American juvenile was sentenced to twenty-five (25) months."

　　With this change, the Order stands.

　　**IT IS SO ORDERED.**

ORDER
Page - 1

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 5th day of January, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE